David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
EDWARD W. ORFALEA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD W. ORFALEA, <br><br> Plaintiff, <br><br> v. <br><br> MIDCOUNTRY BANK D/B/A PIONEER SERVICES; EQUIFAX INFORMATION SERVICES, LLC, <br><br> Defendants. | Case No. 2:17-cv-02341-RFB-PAL- <br><br> **NOTICE OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), **Defendant EQUIFAX INFORMATION SERVICES, LLC**, not having filed or served an answer or a motion for summary judgment; the Plaintiff in the above-entitled action, as to Defendant EQUIFAX INFORMATION SERVICES, LLC, **and only as to Defendant EQUIFAX INFORMATION SERVICES, LLC** authorizes, and directs the Clerk of the Court to enter a judgment of dismissal against **Defendant EQUIFAX INFORMATION SERVICES, LLC**.

Dated:          November 30, 2017

                                   Respectfully submitted,

                                   By:   /s/David H. Krieger, Esq.
                                         David H. Krieger, Esq. (Nevada Bar No. 9086)
                                         HAINES & KRIEGER, LLC
                                         8985 S. Eastern Avenue, Suite 350
                                         Henderson, Nevada 89123
                                         *Attorney for Plaintiff*